**FILED**

JAN 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NUMBER 1:07MS00044

JUDGE: James Robertson

DECK TYPE: Miscellanous

DATE STAMP: 01/30/2007

IN RE UNITED STATES v. GONZALES DIGGS

) Super. Ct. Case No. F-5535-04
) Subpoena matter
)

### NOTICE OF REMOVAL OF SUBPOENAS

The United States Attorney, through the undersigned attorneys, and on behalf of the Court Services and Offender Supervision Agency ("CSOSA" or "Agency"), respectfully files this Notice of Removal of a subpoena matter pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, Brown & Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-415 (D.C. Cir. 1995), and Houston Business Journal, Inc. v. Office of the Comptroller of the Currency, 86 F.3d 1208, 1211 (D.C. Cir. 1996). In support of this notice, the agency states as follows:

1. CSOSA has been issued two subpoenas ad testificandum by Defendant, requesting appearances in Superior Court of the District of Columbia in the matter of United States v. Gonzales Diggs, Case No. F-5535-04.

2. A copy of each subpoena is attached hereto.

3. CSOSA intends to move to quash, relying on federal law, within five business days of the removal of this action or within such time as this Court shall order.[1]

4. This notice of removal is brought pursuant to 28 U.S.C. § 1442(a), 1446, Brown

---

[1] The undersigned further intends to attempt to resolve this matter without the need for litigation. However, out of an abundance of caution, in order to preserve Defendant's right to removal, Defendant is filing the instant papers.

& Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-415 (D.C. Cir. 1995), and Houston Business Journal, Inc. v. Office of the Comptroller of the Currency, 86 F.3d 1208, 1211 (D.C. Cir. 1996).

WHEREFORE, this matter is properly removed from the Superior Court of the District of Columbia, to this Court, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446, and Brown & Williamson Tobacco Corp. v. Williams, and Houston Business Journal, Inc., supra. The underlying criminal case is not being removed and will remain in Superior Court.

Dated: January 30, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Room E-4220
Washington, D.C. 20530
(202) 514-7220

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
## SUBPOENA

*1-1-25 2006*
*In Forma Pauperis*

**UNITED STATES**
**DISTRICT OF COLUMBIA**

vs.     Case No. **F-5535-04**

**Gonzales Diggs**

To: **Keith Walker CSOSA - Community Supervision**
**300 Indiana Ave. NW, WDC**

**YOU ARE HEREBY COMMANDED:**

To appear before the Criminal Division room/courtroom **316 - Judge Satterfield** of the Superior Court of the District of Columbia, 500 Indiana Avenue/Judiciary Center, 555 Fourth Street, N.W., Washington, D.C. on the **30** day of **January**, 200**7**, at **9:00** a.m/p.m. as a witness for **The Defense**

☒ and bring with you **Photo ID.**

and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this ____ day of _____, 20____.

Officer in Charge _____  District **T.C.**

**Heather Shaner**
Attorney for Government/Defendant

Phone No (**202**) **265-8210**

Clerk, Superior Court of the District of Columbia

Authorization as required by D.C. Code § 14-307 and *Brown v. U.S.*, 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.

Date _____ Judge _____

**RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE:**

☐ I hereby certify that I have personally served, or have executed as shown in "REMARKS," the above subpoena on the individual at the address below.

Name and Title of Individual Served — *Acting General Counsel*
Address (If different than shown above)

☐ I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc. named in above subpoena for the reason(s) as shown in "REMARKS."

Date(s) of Endeavor _____   Date and Time of Service **1/25/07**

**REMARKS** Subpoena served on General Counsel

Signature of Title of Server **T. Crosley**

CD-1072/Jan. 00       *U.S. GPO: 2000-520-516/94582

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
## SUBPOENA

*In Forma Pauperis*

**UNITED STATES**
**DISTRICT OF COLUMBIA**

vs.

Gonzales Diggs

Case No. F-5535-04

To: Nicole Salvano CSOSA - Community Supervisor
300 Indiana Ave NW Rm 2010 Washington DC

**YOU ARE HEREBY COMMANDED:**
To appear before the Criminal Division room/courtroom __316__ Judge Satterfield of the Superior Court of the District of Columbia, 500 Indiana Avenue/Judiciary Center, 555 Fourth Street, N.W., Washington, D.C. on the __30__ day of __January__, 200__7__, at __9:00__ a.m./p.m. as a witness for __The Defense__

☒ and bring with you __Photo ID.__

and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this ____ day of _____, 20___.

Officer in Charge _____ T.C. District
Heather Shanner
Attorney for Government/Defendant

Phone No. (202) 265-8210

Clerk, Superior Court of the District of Columbia

Authorization as required by D.C. Code § 14-307 and *Brown v. U.S.*, 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.

Date _____ Judge _____

**RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE:**

☐ I hereby certify that I have personally served, or have executed as shown in "REMARKS," the above subpoena on the individual at the address below.

Name and Title of Individual Served: _Actg Genrl Cnsel_
Address (If different than shown above):

☐ I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason(s) as shown in "REMARKS."

Date(s) of Endeavor: 
Date and Time of Service: 1/25/07 2 PM

**REMARKS**
Served on General Counsel for CSOSA

Signature of Title of Server: T. Crossley

CD-1072/Jan. 00

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE UNITED STATES v. GONZALES DIGGS | )<br>)<br>)<br>) Misc. Civil Action No.<br>) Super. Ct. Case No. F-5535-04<br>) Subpoena matter<br>) |

### VERIFICATION

1.     I am an Assistant United States Attorney for the District of Columbia and am making an appearance on behalf of the Court Services and Offender Supervision Agency CSOSA.

2.     I have reviewed the relevant materials and upon information and belief, the allegations contained in the Notice of Removal are true.

3.     I declare under penalty of perjury that the foregoing is true and correct.

Executed: January 30, 2007

_____
MEGAN L. ROSE
Assistant United States Attorney

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ___30th___ day of January, 2007, I caused service of the following: Notice of Filing of Notice of Removal, Notice of Removal, and an Attorney Verification, to be made on defendant, through counsel, by facsimile transmission and addressed to:

Heather Shaner, Esq.
1702 S Street, NW
Washington, D.C. 20009
Fax: (202) 332-8057
Atty. for Defendant

_____
MEGAN L. ROSE
Assistant United States Attorney

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

IN RE UNITED STATES v. GONZALES DIGGS   )
)
)
) Misc. Civil Action No.
) Super. Ct. Case No. F-5535-04
) Subpoena matter
)

NOTICE OF FILING OF NOTICE OF
REMOVAL OF SUBPOENAS

TO:   Heather Shaner, Esq.
1702 S Street, NW
Washington, D.C. 20009
Fax: (202) 332-8057
Atty. for Defendant

PLEASE TAKE NOTICE THAT ON January 30, 2007, Court Services and Offender Supervision Agency (CSOSA), through counsel, filed with the Clerk of the United States District Court for the District of Columbia Superior Court a Notice of Removal of the subpoena matter in the above-referenced Criminal Action, pending in the Superior Court for the District of Columbia. A copy of the Notice of Removal is attached hereto. The Superior Court of the District of Columbia, with regard to the Subpoenas Ad Testificandum, "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Dated: January 30, 2007.

                        Respectfully submitted,

                        JEFFREY A. TAYLOR, D.C. Bar # 498610
                        United States Attorney

                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                        Assistant United States Attorney

                        MEGAN L. ROSE
                        Assistant United States Attorney
                        Judiciary Center Building
                        555 4th St., N.W., Room E-4220
                        Washington, D.C. 20530
                        (202) 514-7220