**FILED**

FEB 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENA in | ) |
| | ) |
| **UNITED STATES** | ) |
| | ) |
| **v.** | ) **Misc. Case No. 07-mc-44** |
| | ) **(Super. Ct. Case No. F-5535-04)** |
| **GONZALES DIGGS** | ) |
| | ) |
| | ) |
| | ) |

### ORDER

Upon consideration of the Motion To Quash filed on behalf of the Court Services and

Offender Supervision Agency ("CSOSA"), and upon consideration of the entire record herein, it

is this ___9th___ day of ___Feb___, 2007

ORDERED that the motion to quash shall be and is hereby granted, and the subpoenas

are quashed.

_____
UNITED STATES DISTRICT JUDGE

MEGAN L. ROSE                              HEATHER SHANER, Esq.
Assistant U.S. Attorney                    1702 S Street, NW
Civil Division                             Washington, D.C. 20009
555 4th Street, N.W.
Washington, DC 20530